IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GENIE R. McGARVEY and (2) R. KEVIN McGARVEY, Administrators of the Estate of Murray P. McGarvey, deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 06-CV-576 TCK-SAJ ) |
| (3) JOHN F. SPECIAL; (4) SPECIAL EXPLORATION CO., INC., an Oklahoma for Profit Corporation; and (5) CHEROKEE YACHT CLUB, INC., an Oklahoma for Profit Corporation, | ) ) ) ) ) |
| Defendants. | ) ) |
| AND | ) ) |
| (6) JOHN F. SPECIAL; (7) SPECIAL EXPLORATION CO., INC.; and (8) CHEROKEE YACHT CLUB, INC., | ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| vs. | ) ) |
| (9) JASON BANDY; (10) JUSTIN DOOLIN; and (11) BIG SHOT'S RHYTHM AND BOOZE, L.L.C., | ) ) ) ) |
| Third-Party Defendants. | ) |

**PLAINTIFFS' WITNESS LIST**

**COME NOW** the Plaintiffs, by and through their attorneys of record, Walter D. Haskins and Andrew C. Jayne, of the law firm of Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, Tulsa, Oklahoma, and for their Witness List, would state the following:

## WITNESSES

|    | **NAME AND ADDRESS** | **ANTICIPATED TESTIMONY** |
|----|----------------------|---------------------------|
| 1. | Kevin McGarvey<br>1000 New Sea Island Rd. Apt. 4<br>Saint Simons Island, GA 31522-2440 | Damages |
| 2. | Genie McGarvey<br>1115 Lanier Blvd.<br>Brunswick, GA 31520-7432 | Damages |
| 3. | Cormac McGarvey, Jr.<br>941 Champney St.<br>Simons Island, GA 31522 | Damages |
| 4. | John Special<br>42 Yellow Brick Dr.<br>Stillwater, OK 74076 | All issues of liability and damages. |
| 5. | Jason Bandy<br>2307 S. Columbia<br>Tulsa, Ok 74114 | All issues of liability and damages. |
| 6. | Justin Doolin<br>P.O. Box 1533<br>Mannford, OK 74044-1533 | All issues of liability and damages. |
| 7. | Tracie LaGere<br>P.O. Box 1533<br>Mannford, Oklahoma 74044-1533 | All issues of liability and damages. |
| 8. | Dee Ann O'Neal<br>3905 High Meadow<br>Edmond, OK 73003 | All issues of liability and damages. |
| 9. | Corporate representative from Cherokee Yacht Club<br>c/o Phil Thompson<br>314 S. Fifth St.<br>Jay, Ok 74346 | Amount of alcohol served to John Special on night of accident and Mr. Special's condition on night of accident. |
| 10. | Ken Chambers<br>320 Shortgrass Rd.<br>Edmond, OK 73003 | Witness to the accident. |

| 11. | Lance Miller<br>2101 Fair Meadow Dr.<br>Edmond, OK 73003 | Witness to the accident. |
|---|---|---|
| 12. | David Chernicky<br>1307 S. Boulder Ave. Suite 400<br>Tulsa, OK 74119 | Communications with John Special about the accident. |
| 13. | Office Chris Carlson<br>GRDA<br>37895 S. 4475 Rd.<br>Vinita, OK 74301 | Investigation of the accident and witness statements. |
| 14. | Patrolman Jason Littlefield<br>GRDA<br>37895 S. 4475 Rd.<br>Vinita, OK 74301 | Investigation of the accident and witness statements. |
| 15. | Lake Patrolman David Edwards<br>GRDA<br>37895 S. 4475 RD.<br>Vinita, OK 74301 | Investigation of the accident and witness statements. |
| 16. | Lake Patrolman Shawn Allred<br>GRDA<br>37895 S. 4475 RD.<br>Vinita, OK 74301 | Investigation of the accident and witness statements. |
| 17. | Chris Morse<br>814 W. Choctaw Lane<br>Stillwater, OK 74075-1722 | Communications with John Special and reporting of the accident. |
| 18. | Patrolman Billy Moore<br>GRDA<br>37895 S. 4475 RD<br>Vinita, OK 74301 | Investigation of the accident and witness statements. |
| 19. | Lake Patrolman Derrick Bidleman<br>GRDA<br>37895 S. 4475 RD<br>Vinita, OK 74301 | Investigation of the accident and witness statements. |

| 20. | Lake Patrol Chief Bruce Smith<br>GRDA<br>37895 S. 4475 RD<br>Vinita, OK 74301 | Investigation of the accident and witness statements. |
|---|---|---|
| 21. | Aungela Spurlock<br>OSBI<br>6600 N. Harvey<br>Oklahoma City, OK 73116-7910 | Investigation of the accident and witness statements. |
| 22. | Butch Meibergen<br>3202 Redbird Lane<br>Enid, OK 73703-1537 | John Special's alcohol consumption |
| 23. | Margaret Meibergen<br>3202 Redbird Lane<br>Enid, OK 73703-1537 | John Special's alcohol consumption |
| 24. | Ty Tyler<br>501 NW 15th St.<br>Oklahoma City, OK 73103-1537 | John Special's alcohol consumption |
| 25. | Mr. Larry Bond<br>13221 High Sierra Blvd.<br>Edmond, Oklahoma 73013 | John Special's alcohol consumption |
| 26. | Mrs. Robin Bond<br>13221 High Sierra Blvd.<br>Edmond, Oklahoma 73013 | John Special's alcohol consumption |
| 27. | Terry Frost<br>33152 Browning Lane<br>Afton, Ok 74331 | John Special's alcohol consumption prior to accident |
| 28. | Robert J. Swint<br>1301 Gemini<br>Houston, TX 77058 | Accident reconstructionist retained by D.A. |
| 29. | R.F. Distefano D.O.<br>1115 W. 17th St.<br>Tulsa, Ok 74107 | Autopsy of Murray McGarvey |
| 30. | Bob Billingsly<br>GRDA<br>37895 S. 4475 Rd<br>Vinita, OK 74301 | Search and discovery of Murray McGarvey's body |

| | | |
|---|---|---|
| 31. | Randy Saffell<br>1115 W 17th<br>Tulsa, OK 74107 | Autopsy of Murray McGarvey |
| 32. | Chris McCutchen<br>4905 S. Perkins Rd.<br>Stillwater, OK 74074 | Punitive damages |
| 33. | Andrea Bighead<br>OSBI<br>6600 N. Harvey<br>Oklahoma City, OK 73116-7910 | Investigation of the accident and witness statements. |
| 34. | Lewis Bauerlein<br>OSBI<br>6600 N. Harvey<br>Oklahoma City, OK 73116-7910 | Investigation of the accident and witness statements. |
| 35. | Luke Noah<br>1115 W. 17th<br>Tulsa, OK 74107 | Medical examiner |
| 36. | Bobby Eugene Bledsoe<br>26 Boundary Lane<br>St Simons, Georgia 31522 | Damages |
| 37. | Raylene A Grynkewich<br>118 Tolomato Trace<br>St Simons, GA 31522 | Damages |
| 38. | Carmen Zagami<br>160 Cormac's Way<br>Brunswick, GA 31525 | Damages |
| 39. | Brandie Anderson<br>1607 S. Lewis<br>Tulsa, Oklahoma 74104 | John Special's alcohol consumption at Cherokee Yacht Club on night in question; John Special's condition on the night in question and communications with John F. Special following accident. |
| 40. | Michael Mahoney<br>451686 Congressional<br>Afton, Oklahoma | John Special's alcohol consumption at Cherokee Yacht Club on night in question; John Special's condition on the night in question and communications with John F. Special following accident. |

| 41. | Medical Records Custodian(s) | Testify regarding identity and authenticity of medical records and bills of Jason Bandy |
|---|---|---|
| 42. | Medical expert(s) to be determined | Medical expert(s) will provide testimony regarding Jason Bandy's physical injuries, medical condition, medical treatment and prognosis |
| 43. | Accident reconstructionist(s) to be determined | Testimony regarding the reconstruction of the accident. |
| 44. | Boat damage and value expert(s) to be determined | Testimony regarding the amount of damage to Justin Doolin's boat and the value of Justin Doolin's boat at the time of the accident |
| 45. | Corporate Representative of Special Exploration Co., Inc. | Testimony regarding issues related to ownership of the boat being operated by John F. Special, authorization to operate said boat, and negligent entrustment of boat to John F. Special |
| 46. | Court Clerks | Identification and authentication of numerous motor vehicle and boating citations received by John F. Special |
| 47. | All employees of Hooker's Bar at Cherokee Yacht Club that worked the night of the boating accident | Communications with John F. Special; amount of alcohol served to John F. Special the night of the accident; and John F. Special's condition when he left Cherokee Yacht Club |
| 48. | Witnesses for the purpose of authenticating documents | Authentication |
| 49. | Expert on proper liquor establishment functioning | Negligence of Cherokee Yacht Club |
| 50. | Expert on level of alcohol and level of intoxication of John F. Special | Testimony that John F. Special was visibly intoxicated at all relevant times |
| 51. | All witnesses listed by all parties to this litigation, not specifically objected to by these Plaintiffs. | |

Because discovery is ongoing, Plaintiffs reserve the right to amend or modify this Witness List.

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS, BRITTINGHAM, GLADD & CARWILE**
A PROFESSIONAL CORPORATION

<u>Walter D. Haskins, OBA #3964</u>
Walter D. Haskins, OBA #3964
Andrew C. Jayne, OBA #19493
1500 ParkCentre
525 South Main
Tulsa, Oklahoma 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096

And

Rufus D. Sams, III
Sharon H. Reeves
Jones, Cork & Miller, LLP
Fifth Floor Sun Trust Bank Building
435 Second Street
P.O. Box 6437
Macon, Georgia 31208
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

       I hereby certify that on the ___15th___ day of February, 2007, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for fling and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mr. Dan S. Folluo
Attorney at Law
P.O. Box 21100
Tulsa, Oklahoma 74121
Attorney for Defendant Cherokee Yacht Club, Inc.

Mr. John R. Woodard, III
Mr. Curtis J. Roberts
Attorneys at Law
525 S. Main, Suite 1000
Tulsa, Oklahoma 74103
and
Mr. James K. Mondl
Mr. Simon Tonkin
Mr. James Hacking, III
Attorneys at Law
701 Market Street, Suite 260
St. Louis, Missouri 63101
Attorneys for Defendants John F. Special and Special
Exploration Co., Inc.

Mr. James W. Connor, Jr.
Mr. Jason L. Glass
Attorneys at Law
525 S. Main, Suite 1250
Tulsa, Oklahoma 74103
Attorneys for Third-Party Defendants Bandy and Doolin

Mr. Douglas A. Wilson
Mr. Donald Bingham
Attorneys at Law
502 West Sixth Street
Tulsa, Oklahoma 74119
Attorney for Third-Party Defendant Big Shot's Rhythym and Booze, L.L.C.

              ___Walter D. Haskins, OBA #3964___
              Walter D. Haskins

G:\Files\338\2\witness list-cac.wpd