IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GENIE R. McGARVEY and R. KEVIN McGARVEY, Administrators of the Estate of Murray P. McGarvey, deceased,<br><br>       Plaintiffs,<br><br>v.<br><br>JOHN F. SPECIAL; SPECIAL EXPLORATION CO., INC., an Oklahoma for Profit Corporation; and CHEROKEE YACHT CLUB, INC., an Oklahoma for Profit Corporation,<br><br>       Defendants,<br><br> AND<br><br>JOHN F. SPECIAL; SPECIAL EXPLORATION CO., INC.; and CHEROKEE YACHT CLUB, INC.<br><br>       Third Party Plaintiffs,<br><br>v.<br><br>JASON BANDY; JUSTIN DOOLIN; and BIG SHOT'S RHYTHM AND BOOZE, L.L.C.<br><br>       Third Party Defendants. | No. 06CV 576 TCK-SAJ |

### DEFENDANT/THIRD-PARTY PLAINTIFF CHEROKEE YACHT CLUB, INC.'S PRELIMINARY WITNESS LIST

COMES NOW, Defendant/Third-Party Plaintiff Cherokee Yacht Club, Inc., and submits the following as its preliminary list of witnesses:

# WITNESSES

|   | NAME | ADDRESS | SUBSTANCE TESTIMONY |
|---|------|---------|---------------------|
| 1. | Allred, Shawn | Grand Lake Patrol Office<br>PO Box 70<br>Langley, OK 74350 | Lake Patrol Officer who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 2. | Anderson, Brandi | 1607 S. Lewis Ave.<br>Tulsa, Oklahoma 74114<br>918-964-9125 | Cherokee Yacht Club waitress who will testify regarding events of the evening in question, observations as to John Special, and other issues relating to Cherokee Yacht Club. |
| 3. | Atherton, Justin, M.D. | 1725 E. 19th St.<br>Tulsa, OK 74104<br>918-744-2505 | Physician who will testify as to various aspects and expectations as to medical treatment provided to Jason Bandy |
| 4. | Bandy, Jason | C/O Rich Hathcoat<br>525 S. Main St.<br>Tulsa, Oklahoma 74103<br>918-585-2394 | Boat operator of the Formula Boat that collided with the boat of John Special who will testify in regard to events preceding accident, operation of boat, alcohol consumption, facts and circumstances surrounding accident, and as per anticipated deposition. |
| 5. | Bauerlein, Lewis | OSBI<br>6600 N. Harvey<br>Oklahoma City, OK 73116-7910 | OSBI Agent will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 6. | Bidleman, Derrick | Grand Lake Patrol Office<br>PO Box 70<br>Langley, OK 74350 | Lake Patrol Officer who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 7. | Bighead, Andrea | OSBI<br>6600 N. Harvey<br>Oklahoma City, OK | OSBI Agent will testify in regard to facts and circumstances of accident |

|  | NAME | ADDRESS | SUBSTANCE TESTIMONY |
|---|---|---|---|
|  |  | 73116-7910 | investigation and other related subjects. |
| 8. | Bond, Larry | PO Box 369<br>Stillwater, OK 74076 | Companion of John Special on the night in question who will testify regarding events of the evening in question, observations as to John Special, other issues relating to boating activity, and as per deposition. |
| 9. | Bond, Robin | PO Box 369<br>Stillwater, OK 74076 | Companion of John Special on the night in question who will testify regarding events of the evening in question, observations as to John Special, other issues relating to boating activity, and as per deposition. |
| 10. | Carlson, Clint | Grand Lake Patrol Office<br>PO Box 70<br>Langley, OK 74350 | Lake Patrol Officer who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 11. | Chambers, Ken | 320 Short Grass Rd.<br>Edmond, Oklahoma 73003<br>405-348-3333 | Operator of a boat who witnessed boat collision who will testify regarding events of the evening in question, observations as to boating accident, and other issues relating to boating activity. |
| 12. | Chernicky, David | 1307 S. Boulder Ave.<br>Tulsa, OK 74419 | Witness to testify as to information pertaining to evening in question and as per deposition. |
| 13. | DiStefano, R. F., D.O. | 6584 S. Yale<br>Tulsa, Oklahoma 74136 | Medical Examiner that examined Murray McGarvey's body and performed autopsy who will testify in regard to findings and conclusions therein. |
| 14. | Doolin, Justin | C/O Rich Hathcoat<br>525 S. Main St.<br>Tulsa, Oklahoma 74103 | Boat owner of the Formula Boat that collided with the boat of John Special who |

|    | NAME | ADDRESS | SUBSTANCE TESTIMONY |
|---|---|---|---|
|    |      | 918-585-2394 | will testify in regard to events preceding accident, operation of boat, and facts and circumstances surrounding accident. |
| 15. | Edwards, David | Grand Lake Patrol Office<br>PO Box 70<br>Langley, OK 74350 | Lake Patrol Officer who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 16. | Frost, Janette | C/O Dan Folluo<br>100 West 5th St., Suite 400<br>Tulsa, OK 74103 | Co-owner of Cherokee Yacht Club who will testify as to operations, finances, and other employment related matters. |
| 17. | Frost, Terry | C/O Dan Folluo<br>100 West 5th St., Suite 400<br>Tulsa, OK 74103 | Co-owner of Cherokee Yacht Club who will testify as to operations, finances, and other employment related matters. |
| 18. | Kauffman, Dick | Delaware County Sheriff's Office<br>Jay, Oklahoma | Patrol Reservist who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 19. | LaGere, Tracie | 605 NW Eubanks<br>Oklahoma City, OK 73118<br>918-671-9293 | Boat passenger of the Formula Boat that collided with the boat of John Special who will testify in regard to events preceding accident, operation of boat, and facts and circumstances surrounding accident. |
| 20. | Littlefield, Jason | Grand Lake Patrol Office<br>PO Box 70<br>Langley, OK 74350 | Lake Patrol Officer who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 21. | Mahoney, Mike | 451686 Congressional<br>Afton, Oklahoma | Cherokee Yacht Club manager who will testify regarding events of the evening in question, observations as to John Special, and other issues |

|    | NAME | ADDRESS | SUBSTANCE TESTIMONY |
|----|------|---------|---------------------|
|    |      |         | relating to Cherokee Yacht Club. |
| 22. | McGarvey, Jenie | C/O Walt Haskins<br>525 S. Main St., Suite 1500<br>Tulsa, OK 74103<br>918-582-8877 | Co-Administrator of the Estate of Murray McGarvey who will testify as per deposition. |
| 23. | McGarvey, Kevin | C/O Walt Haskins<br>525 S. Main St., Suite 1500<br>Tulsa, OK 74103<br>918-582-8877 | Co-Administrator of the Estate of Murray McGarvey who will testify as per deposition. |
| 24. | Meibergen, J. L. "Butch" | 32998 Berryman Turn<br>Ketchum, OK<br>(918) 782-2552 | Social friend of John Special that was with him at some points on the night in question who will testify regarding events of the evening in question, observations as to John Special, and other issues relating to John Special. |
| 25. | Meibergen, Margie | 32998 Berryman Turn<br>Ketchum, OK<br>(918) 782-2552 | Social friend of John Special that was with him at some points on the night in question who will testify regarding events of the evening in question, observations as to John Special, and other issues relating to John Special. |
| 26. | Miller, Lance | 2101 Fair Meadow Dr.<br>Edmond, OK | Passenger in a boat who witnessed boat collision will testify regarding events of the evening in question, observations as to boating accident, and other issues relating to boating activity. |
| 27. | Moore, Billy | Grand Lake Patrol Office<br>PO Box 70<br>Langley, OK 74350 | Lake Patrol Officer who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 28. | Mullenex, Larry | To Be Supplemented | Cherokee Yacht Club manager who will testify |

|  | NAME | ADDRESS | SUBSTANCE TESTIMONY |
|---|---|---|---|
|  |  |  | regarding events of the evening in question, observations as to John Special, and other issues relating to Cherokee Yacht Club. |
| 29. | Noah, Luke | 1115 W. 17th St. Tulsa, OK 74107 | Investigator for Medical Examiner's Office will testify in regard to |
| 30. | O'Neal, Dee Ann | 3905 High Meadow Edmond, OK 73003 | Companion of John Special on the night in question who will testify regarding events of the evening in question, observations as to John Special, and other issues relating to boating activity. |
| 31. | Saffell, Randy | 1115 W. 17th St. Tulsa, OK 74107 | Employee of Medical Examiner will testify in regard to autopsy of Murray McGarvey's and findings and conclusions therein. |
| 32. | Smith, Bruce Lake Patrol Chief | Grand Lake Patrol Office PO Box 70 Langley, OK 74350 | Lake Patrol Officer who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 33. | Special, John F. | C/O Jim Mondl 701 Market St., Suite 260 St. Louis, MO 63101 | John Special will testify as per pending deposition and as to numerous events and circumstances both before and after the boating accident. |
| 34. | Spurlock, Angela | OSBI 6600 N. Harvey Oklahoma City, OK 73116-7910 | OSBI Agent will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 35. | Swint, Robert | 1301 Gemini Houston, TX 77058 281-480-9847 | Accident re-constructionist for ATA Associates who will testify regarding results and conclusions of accident reconstruction and as to other areas material to this boating accident. |

|     | NAME | ADDRESS | SUBSTANCE TESTIMONY |
| --- | --- | --- | --- |
| 36. | Tyler, Ty | 501 N.W. 15th Oklahoma City, OK 73103 | Companion of John Special on the night in question who will testify regarding events of the evening in question, observations as to John Special, and other issues relating to boating activity. |
| 37. | Usrey, Tony | Delaware County Sheriff's Office Jay, Oklahoma | Deputy who will testify in regard to facts and circumstances of accident investigation and other related subjects. |
| 38. | A Toxicology expert will be identified at such time as is required by the Scheduling Order | | To be supplemented upon completion of expert report |
| 39. | A Pathology expert will be identified at such time as is required by the Scheduling Order | | To be supplemented upon completion of expert report |
| 40. | Independent Medical Examiners will be identified at such time as is required by the Scheduling Order | | To be supplemented upon completion of expert report |
| 41. | An Accident Reconstructionist and/or Occupant Kinematics expert will be identified at such time as is required by the Scheduling Order | | To be supplemented upon completion of expert report |
| 42. | A Boat Appraisal Expert will be identified at such time as is required by the Scheduling Order | | To be supplemented upon completion of expert report |
| 43. | All additional medical providers for Jason Bandy | | Will testify regarding medical treatment of Jason Bandy |
| 44. | Necessary Records Custodians | | Will authenticate and sponsor various relevant records |
| 45. | Employers and Supervisors of Murray McGarvey and Jason | | Will testify regarding earnings and position of Murray McGarvey and |

|     | NAME | ADDRESS | SUBSTANCE TESTIMONY |
| --- | --- | --- | --- |
|     | Bandy |  | Jason Bandy |
| 46. | Additional Cherokee Yacht Club Employees of "Hookers" working on the night in question |  | Cherokee Yacht Club waitress who will testify regarding events of the evening in question, observations as to John Special, and other issues relating to Cherokee Yacht Club. |
| 47. | Employees of Big Shot's Rhythm and Booze working on the night in question |  | Representative to testify as to facts and circumstances of consumption by Bandy, Doolin, McGarvey, and LaGere and as to policies and procedures regarding service of alcohol. |
| 48. | Corporate Representative of Big Shots' Rhythm and Booze |  | Representative to testify as to facts and circumstances of consumption by Bandy, Doolin, McGarvey, and LaGere and as to policies and procedures regarding service of alcohol. |
|     | All Witnesses listed by any other party to which Cherokee Yacht Club has no objection |  |  |
|     | Cherokee Yacht Club reserves the right to name additional witness during the course of discovery |  |  |
|     |  |  |  |

Respectfully submitted,

/s/Nathan E. Clark
DAN S. FOLLUO, OBA #11303
NATHAN E. CLARK, OBA #17275
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Facsimile (918) 592-3390
dfolluocourts@rhodesokla.com
nclark@rhodesokla.com

Certificate of Service

I hereby certify that on the 15th day of February, 2007, I electronically transmitted the foregoing document to the Clerk of Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael P. Atkinson

Walter D. Haskins, III

Andrews Charles Jayne

John R. Woodward, II

Curtis R. Roberts

Jason Lee Glass

James W. Conner

Donald M. Bingham

Richard L. Hathcoat

      Douglas A. Wilson

I hereby certify that on the 9th day of February, 2007, I served the same document by U.S. Postal Service on the following who are not registered participants of the ECF system:

Sharon H. Reeves
Jones Cork & Miller, LLP
Post Office Box 6437
Macon, Georgia 31208

Rufus D. Sams, III
Jones Cork & Miller, LLP
Post Office Box 6437
Macon, Georgia 31208

Simon P. Tonkin
James Oliver Hacking, III
James K. Mondl
Tonkin & Mondl, L.C.
701 Market Street, Suite 260
St. Louis, Missouri 63101

                                                s/Nathan E. Clark

1810-60